1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID T. GRIEGER, TIPSOO VENTURES, LLC, TIPSOO VENTURES BELLEVUE, LLC, TIPSOO VENTURES SHORELINE, LLC, TIPSOO VENTURES KIRKLAND, LLC, TIPSOO VENTURES LYNNWOOD, LLC and TIPSOO VENTURES SEATTLE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AAMCO TRANSMISSIONS, INC., and AMERICAN DRIVELINE CENTERS, INC., <br><br> Defendants. | No. <br><br> DEFENDANTS' RULE 7.1 DISCLOSURE |

Pursuant to Fed. R. Civ. P. 7.1, the defendants AAMCO Transmissions, Inc. and American Driveline Centers, Inc., state that they are both Pennsylvania corporations wholly owned by American Driveline Systems, Inc., a Delaware corporation which is not publicly traded.

//

//

//

//

**DEFENDANTS' RULE 7.1 DISCLOSURE — 1**
**(Case No. _____)**

1  DATED this 25th day of June, 2014.

2                                              Law Offices of Alan S. Middleton PLLC

3

4

5                                              By: */s/ Alan S. Middleton*
                                                   Alan S. Middleton, WSBA No. 18118
6                                              18550 43rd Ave. NE
                                               Lake Forest Park, WA 98155
7                                              Tel:  (206) 533-0490
                                               alanscottmiddleton@comcast.net
8

9                          **CERTIFICATE OF SERVICE**

10     Alan S. Middleton states:

11     I am the attorney for defendants AAMCO TRANSMISSIONS, INC., and

12  AMERICAN DRIVELINE CENTERS, INC., herein.  I certify that on this day I arranged

13  delivery by email (per agreement with counsel) of the foregoing Rule 7.1 Disclosure on

14  counsel for plaintiffs as follows:

15          Steven T. O'Ban
            Ellis, Li & McKinstry PLLC
16          Market Place Tower
            2025 First Avenue, Penthouse A
17          Seattle, WA 98121-3125
            soban@elmlaw.com
18          cwyer@elmlaw.com

19     Dated this 25th day of June, 2014, at Lake Forest Park, Washington.

20

21                                              */s/ Alan S. Middleton*
                                                Alan S. Middleton
22

23

24

25

26

27

**DEFENDANTS' RULE 7.1 DISCLOSURE — 2**
**(Case No. _____)**