HONORABLE JOHN C. COUGHENOUR

UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID T. GRIEGER, TIPSOO VENTURES, LLC, TIPSOO VENTURES BELLEVUE, LLC, TIPSOO VENTURES SHORELINE, LLC, TIPSOO VENTURES KIRKLAND, LLC, TIPSOO VENTURES LYNNWOOD, LLC and TIPSOO VENTURES SEATTLE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AAMCO TRANSMISSIONS, INC., and AMERICAN DRIVELINE CENTERS, INC.,<br><br>Defendants. | NO. 14-00940 JCC<br><br>PLAINTIFFS' RULE 7.1 DISCLOSURE |

Pursuant to Fed. R. Civ. P. 7.1, the Plaintiffs Tipsoo Ventures, LLC, Tipsoo Ventures Bellevue, LLC, Tipsoo Ventures Shoreline, LLC, Tipsoo Ventures Kirkland, LLC, Tipsoo Ventures Lynnwood LLC and Tipsoo Ventures Seattle, LLC state that they are Washington limited liability companies, not owned by a parent corporation, nor publicly traded.

//

//

//

PLAINTIFFS' RULE 7.1 DISCLOSURE - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

**142650 (14196.01)

1   DATED this 27th day of June, 2014.

2                                           ELLIS, LI & McKINSTRY PLLC

3                                           By:  /s/ Steven T. O'Ban
                                            Steven T. O'Ban  WSBA#17265
4                                           Attorneys for Plaintiffs

PLAINTIFFS' RULE 7.1 DISCLOSURE - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Market Place Tower
2025 First Avenue, Penthouse A
Seattle, WA 98121-3125
206•682•0565  Fax: 206•625•1052

**142650 (14196.01)